ANDRÉ BIROTTE JR.                                   JS-6
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3172
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 10-8566 PA (JCGx) |
| Plaintiff, | |
| vs. | **CONSENT JUDGMENT OF FORFEITURE** |
| $30,884.00 IN U.S. CURRENCY, | |
| Defendant. | |
| JAMES MICHAEL HANDZUS AND TAMARA LOUISE VINCENT, | |
| Claimants. | |

This action was filed on August 17, 2010 against defendant $30,884.00 in U.S. currency.  Notice was given and published in accordance with law.  James Michael Handzus ("Handzus") and Tamara Louise Vincent ("Vincent") claim an interest in the defendant $30,884.00 in U.S. currency (hereinafter "defendant currency").  No other parties have appeared in this case and the time for filing such statements of interest and answers has expired.  Plaintiff United States of America, Handzus and Vincent have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.  This Court has jurisdiction over the parties and the subject matter of this action.

2.  Notice of this action has been given in accordance with law.  All potential claimants to the defendant $30,884.00 in U.S. currency other than Handzus and Vincent are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.  The United States of America shall have judgment as to $25,884.00 of the defendant currency, with all interest earned by the government on the full amount of the defendant currency and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

///

///

4.   $2,500.00 of the defendant currency, without any interest earned by the government on the full amount of the defendant currency, shall be returned to Handzus by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "James Michael Handzus and Law Offices of Shawn R. Perez Cramer Client Trust Account," and mailed to his attorney Shawn R. Perez, Esq. at the Law Offices of Shawn R. Perez, 633 South Fourth Street, Suite 7, Las Vegas, Nevada 89129.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Law Offices of Shawn R. Perez Client Trust Account.  Handzus and his attorney shall provide any and all information needed to process the return of these funds according to federal law.

5.   $2,500.00 of the defendant currency, without any interest earned by the government on the full amount of the defendant currency, shall be returned to Vincent by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Tamara Louise Vincent and Law Offices of Shawn R. Perez Cramer Client Trust Account," and mailed to his attorney Shawn R. Perez, Esq. at the Law Offices of Shawn R. Perez, 633 South Fourth Street, Suite 7, Las Vegas, Nevada 89129.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Law Offices of Shawn R. Perez Client Trust Account.  Vincent and her attorney shall provide any and all information needed to process the return of these funds according to federal law.

///

///

       6.   Handzus and Vincent hereby release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Handzus and Vincent, whether pursuant to 28 U.S.C. § 2465 or otherwise.

       7.   The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: December 27, 2011   _____
                           THE HONORABLE PERCY ANDERSON
                           UNITED STATES DISTRICT JUDGE


**[Signatures of counsel appear on the next page.]**

4

**Approved as to form and content:**

DATED: December _, 2011   ANDRÉ BIROTTE JR.
                          United States Attorney
                          ROBERT E. DUGDALE
                          Assistant United States Attorney
                          Chief, Criminal Division
                          STEVEN R. WELK
                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section

                                 /s/
                          ─────────────────────────────────
                          KATHARINE SCHONBACHLER
                          Assistant United States Attorney
                          Attorneys for Plaintiff
                          United States of America


DATED: December _, 2011   LAW OFFICES OF SHAWN R. PEREZ


                                 /s/
                          ─────────────────────────────────
                          SHAWN R. PEREZ, ESQ.
                          Attorney for Claimants
                          JAMES MICHAEL HANDZUS and
                          TAMARA LOUISE VINCENT